```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```



**Entered on Docket
November 22, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

**Signed: November 19, 2010**

_____
**RANDALL J. NEWSOME
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-49942 RN** |
| **ROBERT LARRY MORRISON and DIANA LEE MORRISON,** | **Chapter 13** |
| **Debtors.** | **STIPULATED ORDER VALUING LIEN OF JP MORGAN CHASE BANK, NA** |
| _____/ | |

Robert and Diana Morrison (hereinafter Debtors) and JP Morgan Chase Bank, NA (hereinafter Lienholder) desiring to value the Lienholder's junior lien against the property commonly known as 443 Chestnut Street, Brentwood, CA 94513, which lien was recorded in Contra Costa County on or about March 13, 2006 as document 007663700 (hereinafter the Lien), and good cause appearing, the court hereby orders as follows:

(1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

         (3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

         (4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

         (5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

Dated: October 20, 2010                /s/ Jonathan J. Damen
                                       Jonathan J. Damen
                                       Attorney for Junior Lienholder
                                       JP Morgan Chase Bank, NA


Dated: October 20, 2010                /s/ Corrine Bielejeski
                                       CORRINE BIELEJESKI
                                       Attorney for Debtors

                       *** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Robert & Diana Morrison
443 Chestnut Street,
Brentwood, CA 94513

Attn: Officer
JP Morgan Chase Bank
1111 Polaris Pkwy
Columbus, Ohio 43240

Attn: Officer
JP Morgan Chase Bank
c/o CT Corporation Service
818 West Seventh Street
Los Angeles, CA 90017

Attn: Officer
Chase Home Finance, LLC
194 Wood Avenue S
Iselin, NJ 08830

Attn: Officer
Chase Home Finance, LLC
c/o CT Corporation Service
818 West Seventh Street
Los Angeles, CA 90017

Attn: Officer
Chase Home Finance,LLC
2901 Kinwest Parkway
Irving, TX 75063-5812

JP Morgan Chase Bank, NA
c/o Routh Crabtree Olsen, PS
Attn: Jonathan J. Damen
505 N. Tustin Ave., Suite 243
Santa Ana, CA 92705