Erin Laney (SBN 259863)
elaney@piteduncan.com
Parada Kovadi (SBN 272724)
pkovadi@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant,
Deutsche Bank National Trust Company as
Trustee for WAMU Mortgage Pass-Through
Certificates Series 2005-AR1

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>ROBERT LARRY MORRISON AND<br>DIANA LEE MORRISON,<br><br><br><br><br><br><br><br>Debtors. | Case No. 10-49942-WJL<br><br>Chapter 13<br><br>R.S. No.    ELL - 969<br><br>**STIPULATION GRANTING<br>ADEQUATE PROTECTION**<br><br><u>Hearing:</u><br>Date:    December 12, 2012<br>Time:    9:30 a.m.<br>Ctrm:    229<br><br>United States Bankruptcy Court<br>Northern District of California –<br>Oakland Division<br>1300 Clay Street<br>Oakland, CA 94612 |

This Stipulation is entered into by and between the Secured Creditor, Deutsche Bank National Trust Company as Trustee for WAMU Mortgage Pass-Through Certificates Series 2005-AR1 (hereinafter "Movant"), and Robert Larry Morrison and Diana Lee Morrison (hereinafter "Debtors") by and through their respective attorneys of record.

The property which is the subject of this matter is commonly known as 443 Chestnut Street, Brentwood, California 94513, which is more fully described as follows:

SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 41.

THE PARTIES STIPULATE AS FOLLOWS:

1. Debtors shall tender regular monthly payments in the amount of $2,189.66, which amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing December 1, 2012, and continuing until all such outstanding amounts under the Note are to be paid in full.

2. The post-petition arrears are calculated as follows:

| | |
|---|---|
| 2 payments @ $2,189.66 (10/01/2012 – 11/01/2012) | $4379.32 |
| Suspense Balance | <$16.69> |
| Total Arrears | $4362.63 |

3. In addition to regular monthly payments, Debtors shall also tender payments in the sum of $1/6^{th}$ of the total post-petition arrears ($727.11), commencing January 15, 2013, and continuing through and including June 15, 2013, when all post-petition arrears due and owing under the Note, in the current sum of $4362.63, are paid in full. Payments are to be remitted to:

JP Morgan Chase Bank, N.A.

3415 Vision Drive

Columbus, OH 43.219

4. If Debtors provide proof of additional post-petition payments received and negotiated by Movant, the requirement to make an additional payment pursuant to paragraph three (3) herein shall be revised accordingly.

5. Debtors shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance on a timely basis.

6. The attorneys' fees and costs in the amount of $826.00 is to be paid through an Amended Proof of Claim to be filed by the Movant within 30 days of the filing of this Stipulaton.

7. Debtors shall comply with the terms and conditions of theirChapter 13 Plan with respect to the payments to the Chapter 13 Trustee.

8. In the event of any future default on any of the above-described provisions, inclusive of this Stipulation, Movant shall provide written notice to Debtors at Robert Larry Morrison and Diana Lee Morrison at 443 Chestnut Street, Brentwood, California 94513, and to Debtors' attorney of record, Patrick L. Forte, at Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612-3610, indicating the nature of the default. If Debtors fail to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

9. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder.

10. In the event that Movant is granted relief from the automatic stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

11. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

12. In the event this case is converted to a Chapter 7 proceeding the Automatic Stay shall be terminated without further notice, order, or proceedings of the court. If the Automatic Stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the property and/or against the Debtors.

13. Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Martha G. Bronitsky.

14. Any notice that Movant shall give to Debtors, or attorney for Debtors, pursuant to this Order shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

IT IS SO STIPULATED:

DATED: January 8, 2013           PITE DUNCAN, LLP

/s/ Erin L. Laney
ERIN LANEY
Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR1

DATED: Dec. 19, 2012

ANNE Y. SHIAU
Attorneys for Debtors
LAW OFFICES OF PATRICK L. FORTE

- 4 -
CASE NO. 10-49942-WJL
STIPULATION GRANTING ADEQUATE PROTECTION